UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

JOHN DOE 157 and JOHN DOE 158,
by and through their guardians,
JOHN DOE 159 AND JANE DOE 135

       Plaintiffs,               Case No.: 10-cv-3754 (JNE/SER)

v.

GREGG ALAN LARSEN

       Defendant.

---

STATE OF MINNESOTA  )
                            )SS
COUNTY OF HENNEPIN  )

### AFFIDAVIT OF SUSAN PHIPPS-YONAS, PH.D., L.P.

Susan Phipps-Yonas, Ph.D., L.P., being first duly sworn on oath, deposes and states as follows:

1.     I am a Licensed Psychologist in the State of Minnesota with expertise in the area of childhood sexual abuse. Attached is a copy of my vita which outlines my professional training and experience.

2.     In 2010 I was engaged by Patrick Noaker, the attorney representing the Plaintiffs in this current matter, to evaluate John Doe 157 and John Doe 158 and to offer my opinions regarding how, if at all, each boy was affected by Gregg Larsen's actions. I did so and issued my findings in two reports, dated September 22, 2010.

3. More recently Mr. Noaker asked that I offer my opinion regarding public disclosure of

1

the Plaintiffs' names.

3. Although not all children who are sexually abused develop psychological symptoms in the aftermath of their experience, there is solid and irrefutable evidence that many victims demonstrate a variety of emotional, behavioral, and social difficulties as a result of the abuse and that they are at elevated risk to show cognitive deficits and suffer from physical ailments in response to what happened. In a now classic article, first published in 1985 in the *American Journal of Orthopsychiatry* (The traumatic impact of child sexual abuse: A conceptualization, pages 530-541), David Finkelhor and Angela Browne identified four "traumagenic" dynamics associated with childhood sexual abuse which explain how it is that such experiences are damaging. These were Traumatic Sexualization, the process in which victims' sexual feelings and attitudes are shaped in developmentally inappropriate and interpersonally dysfunctional ways by the abuse; Betrayal, the discovery that someone upon whom they depended and/or trusted had harmed them; Powerlessness, the process wherein their will, desires, and sense of efficacy were thwarted; and Stigmatization, the negative connotations communicated to victims about their experiences and subsequently incorporated into their self-image. Finkelhor and Browne aptly described how each dynamic might operate to produce psychological disturbance such as confusion, depression, anxiety, and dissociation, as well as maladaptive behaviors, such as aggressiveness, isolation, self-mutilation, delinquency, and substance abuse.

4. Research over the past 25 years has borne out the wisdom of Finkelhor and Browne's theoretical model, with study after study demonstrating that being a victim of sexual abuse as a child heightens the risk of psychiatric problems both in the short-term and in

later years, indeed through one's lifetime. It was clear by 1993 when Kathleen Kendall-Tackett, Linda Williams, and David Finkelhor published the article, Impact of sexual abuse on children: A review and synthesis of recent empirical studies in *Psychological Bulletin* (pages 164-18) that the experience of sexual abuse during childhood was associated with depression, anxiety, dissociation, low self-esteem, sexual concerns, and behavioral problems. This same conclusion was supported in a large study of adults conducted by John Briere and Diana Elliott, which was reported in a 2003 article in *Child Abuse and Neglect*, Prevalence and psychological sequelae of self-reported childhood physical and sexual abuse in a general population sample of men and women (pages 1205-1222), and more recently in work by Carla Danielson, Alexandra Macdonald, Ananda Amstadter, Rochelle Hanson, Michael de Arellano, Benjamin Saunders, and Dean Kilpatrick, described in a 2010 article in *Child Maltreatment*, Risky behaviors and depression in conjunction with – or in the absence of - lifetime history of PTSD among sexually abused adolescents (pages 101-107).

     5. In addition to the repeated finding that being sexually abused while a minor makes for various psychopathological outcomes, evidence has also mounted that individuals with a history of victimization are more likely than their peers who have not been abused to be violated at a point in the future (see, for example, Posttraumatic symptoms and self-dysfunction as consequences and predictors of sexual revictimization, by Terri Messman-Moore, Amy Brown, and Lori Koelsch, *Journal of Traumatic Stress*, 2005, pages 253-261, Victimization during childhood and revictimization in dating relationships in adolescent girls, by Marie-Helene Gagne, Francine Lavoie, and Martine Hebert, *Child Abuse and Neglect*, 2005, pages 1155-1172, and Child and adolescent abuse and subsequent victimization: A prospective study, by Cindy Rich, Christine Gidycz, Jennifer Warkentin, Catherine Loh, and Paul Weiland, *Child Abuse and Neglect*, 2005, pages

3

1373-1394).

  6. Another legacy of childhood sexual abuse was identified by Janet Currie and Cathy Spatz Widom in an article that appeared in *Child Maltreatment* last May, Long-term consequences of child abuse and neglect on adult economic well-being (pages 111-120). Their analysis demonstrated that beyond the toll that abuse takes on victims' social and emotional health, the experience reduces their earnings capacity significantly.

  7. One particularly insidious form of childhood sexual abuse involves the production of child pornography which was defined by one expert, Tim Tate, in his book *Child Pornography: An Investigation*, published by Trafalgar Square in 1991, as "no more than the permanent recording or a child being sexually abused." He and others such as Max Taylor and Ethel Quayle, authors of *Child Pornography: An Internet Crime* (published by Brunner-Routledge in 2003), have pointed out that children typically do not choose to be photographed for sexual purposes and that the unequal power in their relationships with the adults who record their naked images renders them incapable of consenting to what occurs. Furthermore, children's ignorance of adult sexuality may limit their appreciation that they are being objectified and manipulated. In an important new volume, *Child Pornography and Sexual Grooming: Legal and Societal Responses* (published by Cambridge University Press in 2009), Suzanne Ost describes how the dissemination of sexual photographs or movies of children exacerbates the primary harm done to the victims and enables their continued exploitation. She cites the 1998 *Temple Law Review* article, Child pornography and child nudity: Why and how states may constitutionally regulate the production, possession, and distribution of nude visual depictions of children (pages 609-635) in support of her argument. Dr. Ost further notes that the production and distribution of child pornography not only infringe upon children's rights, especially their right not to be ashamed of their own bodies, but also

4

shapes and affects their subjective experience of being a child.

8. As Julia von Weiler indicated in her article, Care and treatment of child victims of child pornographic exploitation (*Journal of Sexual Aggression*, 2010, pages 211-222), there has been remarkably little research on how child victims used in the production of pornography are affected by their experiences. Her research suggested that the nature of their injuries was more complex than those associated with other forms of childhood sexual abuse. That is congruent with the anecdotal accounts offered much earlier by Ann Wolbert Burgess in the volume she edited, *Child Pornography and Sex Rings* in 1984. In chapter six of that book, which she co-authored with Carol Hartman, Maureen McCausland, and Patricia Powers, Dr. Burgess described the multi-faceted nature of the psychological problems with which children who had been photographed for sexual purposes struggled. A similar account is provided by Shirley O'Brien, as quoted in Franklin Osanka and Sara Johann's book, *Sourcebook on Pornography* (published by Lexington Books in 1989).

9. My own experience in evaluating minors who were photographed in the nude by sex offenders is consistent with the notion that these victims struggled with all four of the traumagenic dynamics identified by Finkelhor and Browne a quarter century ago. However, beyond the direct damages they suffered when they were abused, they have continued to question as to who has seen their images and who may do so in the future. Their trauma is thus, ongoing and never ending.

10. The crime of child pornography is especially invasive because of the internet, which makes the otherwise private trauma of the victim public. Youngsters who are photographed as part of their sexual abuse are left not only with their memories of what happened but with the reality that there may be video and still images available for download on the internet. It is not surprising that they believe that anyone they meet may have seen their sexually explicit images

5

and recognize them.

11. When victims of child pornography take legal action, it is critical that they not be re-victimized during that process. One way to protect them in this regard is to shield their identity from public disclosure. Requiring victims to publicly disclose their names violates their privacy and thereby re-victimizes them. In order to protect their mental health from further injury, I believe that they should be allowed to pursue their claims anonymously.

12. Based upon what I learned from and about John Doe 157 and John Doe 158 over the course of their evaluation and my experience in this field, it is my opinion that they would suffer mental harm if they were required to publicly disclose their names. Forcing Plaintiffs to do so would likely cause them further damage.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: 12/14/11

Susan Phipps-Yonas, Ph.D.

Subscribed and sworn to before me this 14th day of December 2011.

VIRGINIA GAIL ROHWEDDER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2014

November, 2010

Susan Revelle Phipps-Yonas

## PERSONAL

Address:   500 East Grant Street
           #2110
           Minneapolis, Minnesota 55404

Telephone: (651) 645-1923, Facsimile: (612) 236-0602

Date of Birth: January 8, 1950

Marital Status: Married to Albert Yonas

Children:

REDACTED

## EDUCATION

1967-1971   Cornell University, A.B. with major in psychology

1971-1978   Department of Psychology, Clinical Training Program, University of Minnesota, Ph.D.

## ACADEMIC HONORS

1970        Phi Beta Kappa, Mortar Board (senior women's honorary society for academic excellence and service contributions)

1971        National Science Foundation Graduate Fellowship
            Woodrow Wilson Fellowship
            Graduated magna cum laude with distinction in all subjects

1984        Special study section for National Institute of Child Health and Human Development on "Consequences of Pregnancy Losses for Adolescents," Chevy Chase, MD, March, 1984

1994 -      Manuscript reviewer for Psychological Bulletin, Signs: Journal of Women in Culture and
present     Society, Applied Developmental Science

1997        Invited as child development expert to advise Minnesota Supreme Court Task Force on Visitation and Child Support Enforcement

1999        Book reviewer for <u>Readings: A Journal of Reviews and Commentaries in Mental Health</u>

## PROFESSIONAL ORGANIZATIONS

National Register of Health Service Providers in Psychology (1980 – 2009)
American Psychological Association (and Divisions 9, 12, 35, 37, and 41) (1980 – 2009)
Association for Psychological Science
Association for Women in Psychology
American Orthopsychiatric Association
American Professional Society on the Abuse of Children
International Society for Traumatic Stress Studies
International Society for Prevention of Child Abuse and Neglect
International Society for the Study of Trauma and Dissociation
Society for the Scientific Study of Sexuality
Minnesota Psychological Association (Ethics Committee member, 2003 - 2009)
Minnesota Women Psychologists (Steering Committee member, 1984-1986)
Minnesota Child Psychologists (charter member and Board member - 1994-1997, Ethics and Standards of Practice Committee member 1996- present)
Child Custody/Sexual Abuse Task Force for Hennepin County Family Court (1990-91)
Cornerhouse Advisory Council (1991)
Interdisciplinary Planning Committee for an Institute of Pediatric Sexual Health (appointed by Governor Carlson 9/26/92 - 3/30/93)
Board of Directors - Minnesota Institute for Child and Adolescent Sexual Health (chair, 10/93 - 7/96, secretary/treasurer, 7/96-7/97)
American College of Forensic Examiners (1995 – 2009)
Association of Family and Conciliation Courts
National Association to Prevent Sexual Abuse of Children (Chair, 2007 – 2009)

## PAPERS AND CHAPTERS

Phipps-Sanger, S., & Alker, H.A. (1972). Dimensions of internal-external locus of control and the women's liberation movement. *Journal of Social Issues, 28,* 115-129.

Garmezy, N., & Phipps-Sanger, S. (1976). *Report on the Dorado Beach Conference Research on Risk for Schizophrenia.* Technical Report of the National Institute of Mental Health, 150 pp.

Faunce, P., & Phipps-Yonas, S. (1977). Women's liberation and human sexual relations, *International Journal of Women's Studies, 1,* 83-95. Reprinted in Williams, J.H. (Ed), (1979). *Psychology of women: Selected readings.* W.W. Norton & Co.

Egeland, B., Deinard, A. Brunnquell, D., Phipps-Yonas, S., & Chricton, L. (1979). *Final report: A prospective study of the antecedents of child abuse.* National Center on Child Abuse and Neglect, Office of Human Development, DHEW, 65 pp.

2

Egeland, B., Phipps-Yonas, S., Brunnquell, D., & Deinard, A. (1979). A prospective study of the antecedents of child abuse, *Caring, 5*, 1-4.

Phipps-Yonas, S. (1980).Teenage pregnancy and motherhood: A review of the literature. *American Journal of Orthopsychiatry, 50*, 403-431.

Phipps-Yonas, S. (1981). *Final report on the Minnesota Free Venture evaluation*. U.S. Dept of Justice.

Nuechterlein, K.H., Phipps-Yonas, S., Driscoll, R., & Garmezy, N. (1982). The role of different components of attention in children vulnerable to schizophrenia. In Goldstein, M. (Ed.), *Prevention and intervention in schizophrenia: Are we ready?* U.S. Department of Health and Human Services, 54-77.

Phipps-Yonas, S. (1984). Reaction time performance in children vulnerable to psychopathology. In Watt, N., Rolf, J., & Anthony, E.J. (Eds), *Children at risk for schizophrenia*. Cambridge University Press, 312-319.

Garmezy, N., & Phipps-Yonas, S. (1984). An early crossroad in research with children at risk for schizophrenia: The Dorado Beach Conference. In Watt, N., Rolf, J., & Anthony, E.J. (Eds.), *Children at risk for schizophrenia*. Cambridge University Press, 6-18.

Nuechterlein, K.H., Phipps-Yonas, S., Driscoll, R., & Garmezy, N. (1988). Vulnerability factors in children at risk: Anomalies in social behavior and attentional functioning. In Rolf, J., Masten, A., Cicchetti, D., Nuechterlein, K., & Weintraub, S. (Eds.), *Risk and protective factors in the development of psychopathology*, Cambridge University Press, 445-479.

Phipps-Yonas, S. (1993). A case example of clinically relevant research: Commentary on Stewart. In Nelson C. (Ed.), *Memory and affect in development*. Lawrence Erlbaum Associates, 227-235.

Phipps-Yonas, S., Yonas, A., Turner, M., & Kauper, M. (1993). Sexuality in early childhood: The observations and opinions of family daycare providers, *CURA Reporter, 23*, 1-5.

Phipps-Yonas, S. (1999). Book review of *Assessing allegations of sexual abuse in preschool children: Understanding small voices* (by Hewitt, S.). *Readings: A Journal of Reviews and Commentaries in Mental Health, 14*, 29.

Phipps-Yonas, S., & Kenning, M. (2000). One verdict is in. Invited review of *The Psychologist as Expert Witness (2nd ed.)* by T. Blau in *Contemporary Psychology, 45*, 310-312.

Mannheim, C., Sancilio, M., Phipps-Yonas, S., Brunnquell, D., Somers, P., Farseth, G., & Ninonuevo, F. (2002). Ethical ambiguities in the practice of child clinical psychology. *Professional Psychology: Research and Practice, 33*, 24-29 (also appears as chapter in *Ethical conflicts in psychology*, edited by Bersoff, D.N., American Psychological Association, 2003).

Phipps-Yonas, S., Mannheim, C., Farseth, G., Ninonuevo, F., Sancilio, M., Brunnquell, D., & Somers, P., Differing perspectives on ethical issues in the practice of child clinical psychology: Adult versus child practitioners. (Under revision to submit for publication).

## PRESENTATIONS

Phipps, S., A seminar in "The Teaching of Psychology." Paper presented at the 77th Annual Convention of the American Psychological Association, Washington, D.C., 1969.

Phipps-Yonas, S., Reaction Time, Peer Assessment, and Achievement Among Vulnerable Children. Paper presented at the 87th Annual Convention of the American Psychological Association, New York, N.Y., 1979.

Phipps-Yonas, S., The Free Venture Model in Minnesota: An Evaluation of the Special Prison Industries Program. Paper presented at the St. Thomas Conference on Criminal Justice Research, St. Paul, Minnesota, June, 1979.

Phipps-Yonas, S., Child Abuse in Minnesota: The Professional Response. Colloquium at the Inselspiel Bern, Medizinische Universitats-Kinderklinik und Poliklinik (University of Bern Medical School), Bern, Switzerland, June 29, 1983.

Phipps-Yonas, S., Feminist Therapy with Sexually Abused Children. Presentation at conference organized by Minnesota Human Development Consultants, St. Paul, Minnesota, June 16, 1984.

Phipps-Yonas, S., The Use of Anatomically Correct Dolls in Investigations of Sexual Abuse of Children. Colloquium, Genesis II, Minneapolis, Minnesota, June 22, 1984.

Phipps-Yonas, S., Child Sexual Abuse: An Overview of Assessment, Treatment, and Prevention Issues. Workshop at Breaking the Cycles of Abuse Conference, University of Minnesota Medical School, Minneapolis, Minnesota, March 2, 1985.

Phipps-Yonas, S., Boundary Violations with Systems: Issues and Entanglements for Professionals. Presentation at Professional Boundary Development Conference, University of Minnesota, Minneapolis, Minnesota, April 26, 1985.

Phipps-Yonas, S., Professional Ethics and the Media. Presentation at Minnesota Psychological Association Annual Meeting, Minneapolis, Minnesota, May 9, 1985.

Phipps-Yonas, S., The Lessons of the Scott County Cases. Presentation at the American Association of Sex Educators, Counselors and Therapists Annual Meeting, St. Paul, Minnesota, June, 1985.

Phipps-Yonas, S., Children's vs. Parents' Rights. Presentation at Family Violence: Opening Closed Doors Conference, University of Minnesota, St. Paul, Minnesota, November 22, 1985.

Phipps-Yonas, S., Working with Mental Health Professionals. Presentation at Handling Family Law

Cases Involving Child Abuse, Minnesota Legal Services Coalition, St. Paul, Minnesota, March, 1986.

Phipps-Yonas, S., What Did We Learn from the Scott County Cases? Presentation at Fourth National Conference on Child Sexual Victimization, New Orleans, Louisiana, May 16, 1986.

Phipps-Yonas, S., Understanding Child Development: Clues for Identifying and Interviewing Child Victims and Identification and Reporting. Presentations for Project IMPACT, Foundations: Understanding the Multi-Disciplinary Approach to Child Sexual Abuse, Wayzata, Minnesota, February 10, 1987; Quadna, Minnesota, February 26, 1987, and New Ulm, Minnesota, March 5, 1987.

Phipps-Yonas, S., The Litigious Society for the Eighties: Legal and Ethical Issues for Psychologists. Panel discussion at Minnesota Psychological Association Annual Meeting, May 8, 1987.

Phipps-Yonas, S., One Outcome of Child/Adult Sexual Behavior: Hypotheses Derived from a Clinical Case Study. Presentation at International Society of Human Ethologists' Jemez Springs Symposium, June 28 - July 3, 1987.

Phipps-Yonas, S., Forensic Psychology: What All Psychologists Need to Know. Symposium for Minnesota Psychological Association, St. Paul, Minnesota, October 28, 1988.

Phipps-Yonas, S., "Pain and Suffering" Expert in mock trial at Harassment in the Workplace conference, Minnesota Institute of Legal Education, Minneapolis, Minnesota, May 12, 1989.

Phipps-Yonas, S., Personal and Professional Boundaries, Issues and Entanglements for Court Reporters. Invited presentation for Minnesota Court Reporters Association annual meeting, Minneapolis, Minnesota, October 28, 1989.

Phipps-Yonas, S., Professional Ethics and Child Maltreatment. Invited presentation to Center for Early Education and Development at the University of Minnesota, Minneapolis, March 13, 1990.

Phipps-Yonas, S., Assessment of Suspected Victims and Therapy with Young Children Who Have Been Traumatized. Invited colloquium for Washington County Human Services, Inc., Stillwater, Minnesota, June 1, 1990.

Stark, T., Matz, L. and Phipps-Yonas, S., Child Protection Issues: Interviewing and Investigating Cases Where Ritualistic Abuse Is Suspected. Workshop at Conference, From Darkness to Light: An Interdisciplinary Approach to Intervention and Treatment of Ritualistic Abuse, Brooklyn Park, Minnesota, September 13, 1990.

Phipps-Yonas, S., McMartin Preschool and Scott County: What Worked? Panel presentation at Conference, From Darkness to Light: An Interdisciplinary Approach to Intervention and Treatment of Ritualistic Abuse, Brooklyn Park, Minnesota, September 14, 1990.

Matz, L., Phipps-Yonas, S., Intergenerational Ritualistic Abuse: A Case Study of a Family. Paper presented at the 7th International Conference on Multiple Personality/Dissociative States, Chicago, Illinois, November 10, 1990.

Phipps-Yonas, S., Discussion of "Children's Experiences with Medical Procedures. He Didn't Touch Me and It Didn't Hurt". Invited presentation at the 26th Minnesota Symposium on Child Psychology - Memory and Affect in Development, University of Minnesota, Minneapolis, Minnesota, October 26, 1991.

Phipps-Yonas, S., Invited presenter at "Roots of Violence" seminar for the Minnesota Legislature, St. Paul, Minnesota, March 5, 1992.

Phipps-Yonas, S., Developmental Considerations for Child Witnesses. Paper presented at the Minnesota Association of Legal Assistants' Seminar, "The ABC's and 123's of Children and the Law", Minneapolis, Minnesota, April 24, 1992.

Phipps-Yonas, S., Yonas, A., Young Children's Sexual Knowledge and Behaviors: The Perspective of Family Day Care Providers. Paper presented at the Annual Meeting of the American Orthopsychiatric Association, New York, N.Y., May 18, 1992.

Phipps-Yonas, S., Matz, L., The Development of Dissociative Symptoms and Multiplicity in Child Victims. Paper presented at the 1992 National Symposium on Child Victimization, Washington, D.C., May 21, 1992.

Phipps-Yonas, S., Panel presentation on forensic child psychology for session entitled "Evolution of the Practice of Child and Family Psychology: Current Crises and Recommendations for Change." Minnesota Psychological Association Annual Meeting, Minneapolis, Minnesota, May 7, 1993.

Phipps-Yonas, S., Panel presentation regarding empirical literature for session entitled "Recent Research and Clinical Perspectives on Authenticity of Trauma-Induced Amnesia." Minnesota Psychological Association Annual Meeting, Minneapolis, Minnesota, May 8, 1993.

Phipps-Yonas, S., Traumatized Children in Court: Judicial Training Seminar. Invited presentation Minnesota Judicial College, Brooklyn Park, Minnesota, May 19, 1993.

Phipps-Yonas, S., Sexual Abuse Disclosure and False Accusations. Invited workshop for "Securing the Future: A National Child Abuse Prevention Symposium for Organizations Serving Children and Youth." Boy Scouts of America, Dallas, Texas, September 29, 1993.

Phipps-Yonas, S., Court Testimony and Trauma Memories. Invited presentation at Annual Fall Retreat of the Minnesota Society of Clinical Hypnosis, Stillwater, Minnesota, October 3, 1993.

Phipps-Yonas, S., Sexual Health in Childhood and Adolescence: Redefining Child Sexual Abuse as the Abuse of Sexuality, Poster presented at the American Professional Society on the Abuse of Children, Cambridge, Massachusetts, May 6, 1994.

Phipps-Yonas, S., Child expert in mock trial at the Sixth National Conference of the National Coalition Against Domestic Violence, St. Paul, Minnesota, July 31, 1994.

Phipps-Yonas, S., Kids and Sex: What is "Normal" Anyway? Paper presented at the Minnesota Chapter of the American Professional Society on the Abuse of Children conference, Minneapolis, Minnesota, October 6, 1994.

Phipps-Yonas, S., Minnesota's Institute for Child and Adolescent Sexual Health: A Collaborative Effort to Promote Sexual Well-Being and Prevent Sexual Violence. Paper presented at the Annual Meeting of the Society for the Scientific Study of Sexuality, Miami, Florida, November 5, 1994.

Phipps-Yonas, S., Minnesota's Institute for Child and Adolescent Sexual Health. Paper presented at the Annual Conference of the American Association of Sex Educators, Counselors, and Therapists, Albuquerque, New Mexico, April 29, 1995.

Phipps-Yonas, S., Kenning, M., Kids and Sex: What is "Normal" Anyway? Workshop and symposium, Minnesota Sexual Crime Investigators Association, Brainerd, Minnesota, October 12, 1995.

Phipps-Yonas, S., A Primer on Child Sexual Health. Presentation at 11th Annual Midwest Conference on Child Sexual Abuse and Incest, Madison, Wisconsin, November 8, 1995.

Phipps-Yonas, S., Forensic Issues for Clinicians Who Work with Trauma Victims. Invited presentation at the VA Medical Center, Minneapolis, Minnesota, July 1, 1996.

Phipps-Yonas, S., Child Abuse, Adult Disorder, and Memory: Clinical and Legal Aspects. Invited presentation at PTSD From Trauma Across the Life Cycle, VA sponsored conference, Minneapolis, Minnesota, September 26, 1996.

Phipps-Yonas, S., Expert Witnesses and the Adverse Examination. Invited presentation at Minnesota Trial Lawyers Association seminar, Sexual Harassment, Minneapolis, Minnesota, April 4, 1997.

Phipps-Yonas, S., Working the Dual Relationship: The Tightrope of Applied Child Psychology. Panel presentation at Ethical and Legal Practice Management, Minnesota Psychological Association (MPA) workshop, St. Paul, Minnesota, November 21, 1997, and at MPA workshop, Grand Rapids, Minnesota, September 28, 1998.

Phipps-Yonas, S., Handling Child Witnesses: Developmental Considerations and How to Use Expert Witness Evidence. Invited presentations at Child Abuse Prosecution Trial Advocacy Course, Farmington, Minnesota, March 5 and 6, 1998 and April 6 and 7, 2000, and at Handling CHIPS Cases Course, St. Cloud, Minnesota, April 30, 1999.

Phipps-Yonas, S., et al., Ethical Ambiguities in Child Psychology: A Report on the Survey by Minnesota Child Psychologists Ethics and Standards of Practice Committee, MCP Workshop, Minneapolis, Minnesota, December 11, 1998.

Phipps-Yonas, S., Invited panel member on "The Effect on Children and Families of a Legal Presumption of Joint Physical Custody," Minnesota State Bar Association's Family Law Section, Minneapolis, Minnesota, January 14, 2006.

Phipps-Yonas, S., Invited expert at "Divorce Camp," American Association of Matrimonial Lawyers, October 12-15, 2006, Brainerd, Minnesota.

This listing does not include all of my presentations, but notes those which are most typical.

RESEARCH EXPERIENCE

Criminal Justice Research, March, 1979 - March, 1981

As a Senior Research Analyst in the Minnesota Department of Corrections, I was the Project Director on a National Institute of Law Enforcement and Criminal Justice grant, I supervised junior research analysts and interns. I was responsible for the design and implementation of an evaluation of a unique concept in prison work programs called Free Venture. This investigation involved the collection of extensive information on over 1,500 Minnesota inmates, covering their backgrounds, their institutional experiences and their adaptation during the first year on parole.

Mother-Child Interaction/Child Abuse Research, March, 1978 - March, 1979

I was a research associate on a project involving 240 infants and their families from Minneapolis Public Health Clinics, for a period of five years, beginning just prior to the children's birth. This work focused on the continuity of quality of adaptation, the relationship between early care and/or early competence and later developmental factors. Because I joined the project after many of the data had been collected, my efforts involved primarily analysis and integration of the findings.

Children-at Risk Research, October, 1971 - 1982

My doctoral dissertation was part of a project d on competence in children and adolescents at risk for psychopathology. Subsequently, I followed up on my thesis work as a co-investigator with Norman Garmezy, Keith Nuechterlein, and Regina Driscoll on a Scottish Rite Schizophrenia Research Program Grant entitled "Project Competence: Antecedents to Diverse Patterns of Adaptation in Children." We integrated data from three studies of attentional functioning with the same groups of at-risk children. I also directed a follow-up study of the children who constituted the control subjects in my thesis.

Earlier, I collaborated on a study which attempted to replicate Mednick's finding that high-risk children demonstrate "associative drift." Our results from an elaborate work association task proved to be more complicated and less definitive than were Mednick's. I also contributed to the development of a teachers' behavioral rating scale of global competence in elementary and junior high school students.

Women's Studies Evaluation Research, March, 1975 - July, 1977

I worked as a teaching/research assistant for Dr. Patricia Faunce, Director of the Measurement Services Center and Associate Professor of Psychology at the University of Minnesota. Our work focused on evaluation of women's studies courses and on the assessment of their students. We administered a variety of attitude and personality inventories to the participants in such classes and to several control classes in an effort to distinguish similarities and differences among the groups. We also did content

analysis of recurrent themes in the autobiographies and daily journals of women who have taken women's studies classes. Three technical reports describing this work and authored by Dr. Faunce and me are available from the Measurement Services Center.

Personality Research on Feminists

My senior honors research (Spring, 1971, Henry A. Alker, Advisor) involved a factor analytic study of Rotter's Internal-External Locus of Control Scale, accompanied by feminist ideology items written by me. My subjects were 50 Cornell University feminists and 50 controls. I also obtained information on their backgrounds and on their attitudes about the involvement in the women's movement. The findings are reported in an article which appears in Journal of Social Issues, 1972, 28(4), 115-129.

In the spring of 1973, I extended this work by administering the Rotter, the Crowne-Marlowe Social Desirability Scale, Snyder's Self-Monitoring Scale, and Kassarjian's Inner-Other Social Preference Scale to 36 University of Minnesota feminists and 70 control women. The results essentially replicated my earlier findings.

Children's Sexual Knowledge and Behavior

In 1991 I collaborated with Albert Yonas and family childcare providers Marian Turner and Michael Kauper, in surveying 1,000 Minnesota family day care providers in terms of their observations of children's sexual behavior and knowledge from birth until age 6. We also assessed the adults' attitudes about young children's sexuality and appropriate intervention strategies.

TEACHING EXPERIENCE

- June, 1968 - May, 1971: Teaching assistant for eight semesters at Cornell University in three undergraduate courses ("Introductory Psychology," "Introductory Social Psychology," and "Social Psychology and Social Issues").

- Spring, 1972: At the request of parents, I developed curriculum for and co-taught a course focused on feminist issues relevant to young children for an elementary school in Minneapolis.

- March, 1975 - July, 1977: Teaching assistant to women's studies courses ("Psychological Environment September - December, 1981: Instructor at Inver Hills Community College for two off-campus psychology courses, "General Psychology" and "Introduction to Psychology."

- January - March, 1982: Lecturer at the University of Minnesota, Institute of Child Development for an upper division course entitled "The Psychology of Atypical Children."

- March, 1985 - Present: Invited lecturer in variety of courses on sexual abuse, parent/child relations, and clinical practice issues in graduate level courses at the University of Minnesota in Clinical Psychology, Child Psychology and Physical Therapy and at St. Mary's College in Minnesota.

- March - June, 1988; March - June, 1990: Instructor at the University of Minnesota Institute of Child Development for a graduate level seminar, "Child Sexual Abuse."

9

September - December, 1990: Instructor at Metropolitan State University, upper division course, "Child Abuse."

March - June, 1992; March - June, 1994: Instructor at the University of Minnesota Institute of Child Development for upper division course "Introduction to Child Clinical Psychology."

March - June, 1993: Instructor at the University of Minnesota Institute of Child Development for upper division course "Child Abuse."

January - March, 1994: Instructor at the University of Minnesota Institute for Child Development for upper division course "Child and Adolescent Sexuality."

June, 1995 and 1996: Instructor at the University of Minnesota Institute for Child Development seminar "Child Abuse."

## CLINICAL EXPERIENCE

Employment

December, 1981 - June, 1983: Part-time child, family and group therapist at Washington County Human Services, Inc. in Oakdale, MN.

February, 1982 - June, 1983: Clinical psychologist, Michael Shea & Assoc. in Minneapolis, MN.

March, 1983 - July, 1984: Consultant to St. Croix Valley Youth Service Bureau, Stillwater, MN.

July, 1983 - June, 1991: Clinical psychologist, Phipps-Yonas and Price & Associates (practice name changed to Minnesota Psychotherapy and Consultation Services in July, 1986).

September, 1986 - December, 1993: Consultant to Central Center for Family Resources, Spring Lake Park, MN.

April, 1987 - September, 1990: Consultant to Midway Family Service and Abuse Center, St. Paul, MN.

September, 1989 - August, 1990: Supervisor for Minnesota School of Professional Psychology student.

January, 1990 - April, 1992: Consultant to Storefront/Youth Action, Inc., Bloomington, MN.

June, 1991 - Present: Private practice, St. Paul (until May 2006), Minneapolis, MN.

November, 1995 - February, 1998: Consultant to Chrysalis, A Center for Women, Minneapolis, MN.

Licensure

On December 5, 1981, I became licensed in the State of Minnesota as a Licensed Consulting Psychologist with competencies in psychological assessment, psychotherapy, research, and evaluation. Later competencies were added: in December, 1983 - sexual abuse evaluation and treatment, in December, 1991 - supervision, and in March, 1993 - forensic evaluation. In 1991 the Minnesota State Legislature changed the status of Ph.D. psychologists to Licensed Psychologist.

Internship, September, 1975 - September, 1976

As a clinical psychology intern at Hennepin County Medical Center, I spent six months in the Child and Adolescent Unit, three months in the Adult Outpatient Department, and three months in Inpatient Psychiatry. My work involved the assessment of child and adult patients, individual and group psychotherapy, and presentation of four case conferences. My therapy case load had both short- and long-term clients who spanned a broad range of psychiatric disturbances. Among my child clients, there were children with behavior disorders, neurological dysfunctions, drug-related problems, and serious familial conflicts as well as several who were victims of sexual abuse. My adult cases had been diagnosed as schizophrenics, unstable personalities, and neurotic depressives. In addition, I co-led a women's therapy group with a psychiatric nurse.

Clerkships

April, 1973 - June, 1973: Lino Lakes Diagnostic and Reception Center, Minnesota State Facility for Delinquent Adolescents.

January, 1973 - March, 1973: University of Minnesota Hospitals' Adult In-Patient Psychiatric Unit.

October, 1972 - December, 1972: Sheltering Arms School for Mentally Retarded Children, Minneapolis, MN.

Community Activities

As a volunteer at Walk-In Counseling Center in Minneapolis from 1973 until 1976 and again in 1981, I saw clients for short-term therapy and referrals to other agencies. For six months, a social worker and I co-led a women's therapy group there. In 1974, I also served as co-leader of women's therapy/support groups offered through the University of Minnesota's Student Health Service and the Minnesota Women's Center. In 1976, I organized a group of mental health professionals who met on a monthly basis for two years to discuss the topic of therapy in the context of a feminist movement and specific cases.

Peer Consultation

Throughout my career I have participated in peer consultation groups. At the present I am involved in three, each of which meets monthly, one addresses issues that arise in general clinical practice, the second forensic evaluations, and the third parenting consultation.

## WOMEN'S STUDIES EXPERIENCE

In the fall of 1972, two other students and I founded an ad hoc committee on women's studies. Our efforts led to the creation of the Women's Studies program and a Women's Studies major in the College of Liberal Arts of the University of Minnesota in August, 1973. Appointed by the Dean of the College, I served for three years on the Governing Committee and on the Program's Subcommittee on curriculum and personnel. From January, 1975, through March, 1975, I was hired to act as administrator for the Program. I am very proud of this program which has now achieved national prominence.