UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Doe 157 and John Doe 158, by and
through their Guardians, John Doe 159 and
Jane Doe 135,

      Plaintiffs,

v.                                                             Civil No. 10-3754 (JNE/SER)
                                                                         ORDER

Gregg Alan Larsen et al.,

      Defendants.

      "Every pleading must have a caption with . . . a title . . . . The title of the complaint must name all the parties . . . ." Fed. R. Civ. P. 10(a). Nevertheless, a plaintiff may proceed anonymously under certain circumstances. *See, e.g.*, *Doe v. Megless*, 654 F.3d 404, 408-11 (3d Cir. 2011); *Plaintiff B v. Francis*, 631 F.3d 1310, 1315-19 (11th Cir. 2011). When they brought this action, John Doe 157, John Doe 158, John Doe 159, and Jane Doe 135 neither sought nor received leave to proceed anonymously. On December 9, 2011, the Court stated that it would dismiss this action without prejudice unless they moved to proceed anonymously within seven days. John Doe 157, John Doe 158, John Doe 159, and Jane Doe 135 timely filed a Motion to Proceed Using a Pseudonym.

      According to the Complaint, Gregg Larsen engaged in sexually explicit conduct with John Doe 157 and John Doe 158, who are minors; created visual depictions of the conduct; and placed the sexually explicit images on the Internet. Under the facts and circumstances of this case, the Court grants John Doe 157, John Doe 158, John Doe 159, and Jane Doe 135's Motion to Proceed Using a Pseudonym. John Doe 157, John Doe 158, John Doe 159, and Jane Doe 135 shall file under seal within seven days of the date of this Order an affidavit that discloses their true names. *See W.N.J. v. Yocom*, 257 F.3d 1171, 1172 (10th Cir. 2001).

2

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. John Doe 157, John Doe 158, John Doe 159, and Jane Doe 135's Motion to Proceed Using a Pseudonym [Docket No. 23] is GRANTED.

2. Within seven days of the date of this Order, John Doe 157, John Doe 158, John Doe 159, and Jane Doe 135 shall file under seal an affidavit that discloses their true names.

Dated: December 29, 2011

                                              s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge